## Case No. 8,301.

### LEVY v. THE CAROLINE.

[Cited in Case No. 88. Nowhere reported; opinion not now accessible.]